# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ROBERT A. GALBRAITH, an Individual,** | ) ) ) | |
| | ) | **8:13CV149** |
| Plaintiff, | ) ) | |
| V. | ) ) | |
| | ) | **ORDER** |
| **TPG TELEMANAGEMENT, INC., a Pennsylvania Corporation,** | ) ) ) | |
| Defendant. | ) | |

      This matter is before the Court on Adam Vergne's Motion to Withdraw as Counsel (filing 21) for Defendant. Upon the representation that Defendant will remain represented in this action, the Motion will be granted.

      Accordingly,

      **IT IS ORDERED:**

1. Adam Vergne's Motion to Withdraw as Counsel (filing 21) is granted.

2. The Clerk of Court shall terminate Adam Vergne's appearance as counsel of record for Defendant and shall terminate future notices to him in this action.

      **DATED October 24, 2013.**

                                        **BY THE COURT:**

                                        **S/ F.A. Gossett**
                                        **United States Magistrate Judge**