# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT A. GALBRAITH, an Individual, | ) ) ) | |
| | ) | 8:13CV149 |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | ORDER |
| TPG TELEMANAGEMENT, INC., a Pennsylvania Corporation, | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' Joint Motion to Extend Discovery Deadline and Unopposed Motion to Extend the Dispositive Motion Deadline and Tentative Trial Date (filing 32).  The motion is granted.

Accordingly,

**IT IS ORDERED:**

1.      The written discovery deadline is extended to July 11, 2014.

2.      The deposition deadline is extended to July 11, 2014.

3.      The dispositive motion deadline is extended to August 15, 2014.

4.      Trial is tentatively set for the month of November, 2014.

**DATED March 18, 2014.**

**BY THE COURT:**

**S/ F.A. Gossett**
**United States Magistrate Judge**