IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT A. GALBRAITH, an Individual, ) ) ) | |
| Plaintiff, ) ) | Case No. 8:13cv149 |
| vs. ) ) | |
| ) | **ORDER** |
| TPG TELEMANAGEMENT, INC., a Pennsylvania Corporation, ) ) ) | |
| Defendant. ) | |

Upon notice of settlement through mediation, given to the magistrate judge by Michael Merrick, counsel for Plaintiff,

**IT IS ORDERED:**

1. On or before **July 7, 2014,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the undersigned, at Gossett@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Rule 16 planning conference set for June 16, 2014, is cancelled upon the representation that this case is settled.

Dated: June 6, 2014.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge