# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ROBERT A. GALBRAITH, an Individual,** | ) ) ) |
| **Plaintiff,** | ) **8:13CV149** ) ) |
| V. | ) ) **JUDGMENT** |
| **TPG TELEMANAGEMENT, INC., a Pennsylvania Corporation,** | ) ) ) |
| **Defendant.** | ) |

Pursuant to the parties' Joint Stipulation (filing 37),

**IT IS ORDERED** that the above-captioned action is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

**DATED July 3, 2014.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**